**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-2307

BRUCE KING,

Plaintiff - Appellant,

versus

UNITED STATES POSTAL SERVICE,

Defendant - Appellee,

and

AMERICAN POSTAL WORKERS UNION,

Defendant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-98-
4107-L)

Submitted: April 20, 2000                    Decided: May 1, 2000

Before WIDENER, WILKINS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James C. Strouse, Columbia, Maryland, for Appellant. Lynne A.
Battaglia, United States Attorney, Larry D. Adams, Assistant United
States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bruce King appeals the district court's order granting summary judgment to Defendants in this action arising from his termination from employment. We have reviewed the briefs, the district court's opinion, and the other materials before the court. Finding no reversible error, we affirm on the reasoning of the district court. See King v. United States Postal Serv., No. CA-98-4107-L (D. Md. Aug. 17, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on August 13, 1999, the district court's record shows that it was entered on the docket sheet on August 17, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2